IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMY WIGINTON, KRISTINE MORAN, DONDI PLANK, OLIVIA KNAPP and ANDREA COREY, individually and on behalf of all persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CB RICHARD ELLIS, <br><br> Defendant. | Case No. 02 C 6832 <br><br> Judge Andersen <br><br> Magistrate Judge Ashman |

## SUGGESTION OF DEATH OF DONDI PLANK

Defendant, CB Richard Ellis, by and through its attorneys, Seyfarth Shaw LLP, and pursuant to Rule 25 (a) (1) of the Federal Rules of Civil Procedure, suggests upon the record the death of named Plaintiff, Dondi Plank, on approximately February 10, 2004.

Dated: March 24, 2004

Respectfully submitted,

CB RICHARD ELLIS

By _____
One of Its Attorneys

Brenda H. Feis
Sari M. Alamuddin
Christopher J. DeGroff
Deborah S. Davidson
SEYFARTH SHAW LLP
55 East Monroe Street
Suite 4200
Chicago, Illinois 60603
(312) 346-8000 telephone
(312) 269-8869 facsimile

CH1 10679951.1

106

## CERTIFICATE OF SERVICE

Stephanie J. Pulcanio, an attorney, certifies that she caused a true and correct copy of the foregoing SUGGESTION OF DEATH OF DONDI PLANK to be served upon:

>Kenneth A. Wexler, Esq.
>Elizabeth Fegan Hartweg
>Jennifer Fountain Connolly
>THE WEXLER FIRM
>One North LaSalle Street
>Suite 2000
>Chicago, Illinois 60602
>
>JoDee Favre, Esq.
>FAVRE & ALLEN
>121 East Main Street
>Belleville, Illinois 62220
>
>Daniel E. Gustafson, Esq.
>Karla M. Gluek, Esq.
>GUSTAFSON GLUEK, PLLC
>725 Northstar East
>608 Second Avenue S.
>Minneapolis, MN 55402
>
>Steve Berman, Esq.
>Nicholas Styant-Browne, Esq.
>HAGENS BERMAN LLP
>1301 Fifth Avenue
>Suite 29292
>Seattle, Washington 98101

via U.S. Mail this 24th day of March, 2004.

*Stephanie J. Pulcanio*
Stephanie J. Pulcanio

2