**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| AMY WIGINTON, KRISTINE MORAN, NORMA PLANK FETHLER, as successor in interest to DONDI PLANK, ANDREA COREY, and OLIVIA KNAPP, individually and on behalf of all persons similarly situated, | ) ) ) ) ) ) | Case No.: 02 CV 6832 Judge Wayne R. Andersen Magistrate Judge Martin C. Ashman |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| CB RICHARD ELLIS, INC. | ) ) ) | |
| Defendant. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE MOTION FOR FINAL
APPROVAL OF SETTLEMENT IN EXCESS OF FIFTEEN PAGES**

Plaintiffs Amy Wiginton, Kristine Moran, Norma Plank Fethler, as successor in interest to Dondi Plank, Andrea Corey, and Olivia Knapp, by their attorneys, respectfully request leave to file a Memorandum in support of their Motion for Final Approval of Settlement in excess of fifteen (15) pages. As grounds for the foregoing, plaintiffs state as follows:

1. Plaintiffs' motion for final approval of settlement is being filed with the Court on January 4, 2008 in advance of the fairness hearing scheduled for January 9, 2008.

2. LR 7.1 provides that briefs may not exceed fifteen (15) pages. This Court's Case Management Procedures likewise provide the same.

3. Plaintiffs seek certification of a nationwide Settlement Class and final approval of the Settlement reached by the Parties, for which preliminary approval has already been granted. Given the extensive factual background and legal arguments necessary at this stage, Plaintiffs cannot fully or adequately address all such issues in fifteen pages.

4.     Plaintiffs' counsel has conferred with defendant's counsel concerning this motion and defendant does not oppose it.

WHEREFORE plaintiffs respectfully request that this Court grant them leave to file their motion for class certification in excess of fifteen (15) pages, and any other relief that this Court deems just and proper.

DATED:  January 4, 2008                    Respectfully Submitted,

AMY WIGINTON, KRISTINE MORAN, NORMA PLANK FETHLER, as successor in interest to DONDI PLANK, ANDREA COREY, and OLIVIA KNAPP, individually and on behalf of all others similarly situated, Plaintiffs


By:    /s/ Kenneth A. Wexler
       One of Their Attorneys

       Kenneth A. Wexler
       Jennifer Fountain Connolly
       Amber M. Nesbitt
       Wexler Toriseva Wallace LLP
       55 W. Monroe Street, Suite 3300
       Chicago, IL  60603
       (312) 346-2222 – Telephone

       Elizabeth A. Fegan
       Hagens Berman Sobol Shapiro LLP
       820 North Boulevard, Suite B
       Oak Park, IL 60301
       (708) 776-5600 – Telephone

       Steve W. Berman
       Nicholas Styant-Browne
       Hagens Berman Sobol Shapiro LLP
       1301 Fifth Avenue, Suite 2900
       Seattle, WA  98101
       (206) 623-7292 – Telephone

JoDee Favre
Favre Law Office, LLC
5005 W. Main Street
Belleville, IL 62226
(618) 257-8605 – Telephone

Daniel E. Gustafson
Karla M. Gluek
Renae Steiner
Gustafson Gluek PLLC
650 Northstar East
608 Second Avenue S.
Minneapolis, MN 55402
(612) 333-8844 – Telephone

## <u>CERTIFICATE OF SERVICE</u>

       I, Kenneth A. Wexler, hereby certify that a copy of the foregoing ***Plaintiffs' Unopposed Motion for Leave to File Motion for Final Approval of Settlement in Excess of Fifteen Pages*** was electronically filed on January 4, 2008. Those attorneys who are registered with the Electronic Filing System may access these filings through the Court's System and notice of these filings will be sent to these parties by operation of the Court's Electronic Filing System.

<p style="padding-left: 45%;">
/s/ Kenneth A. Wexler<br>
Kenneth A. Wexler<br>
Wexler Toriseva Wallace LLP<br>
55 W. Monroe Street, Suite 3300<br>
Chicago, IL 60603<br>
(312) 346-2222 – Telephone<br>
(312) 346-0022 – Facsimile<br>
kaw@wtwlaw.com
</p>