IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMY WIGINTON, KRISTINE MORAN, NORMA PLANK FETHLER as successor in interest to Dondi Plank, ANDREA COREY and OLIVIA KNAPP, individually and on behalf of all persons similarly situated<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>CB RICHARD ELLIS, INC.,<br><br>　　　　　　　　　Defendant. | Case No.: 02 CV 6832<br><br>Judge Wayne R. Andersen<br>Magistrate Judge Martin C. Ashman |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT

Plaintiffs Amy Wiginton, Kristine Moran, Norma Plank Fethler, as Successor in Interest to Dondi Plank, Andrea Corey and Olivia Knapp ("Plaintiffs"), on behalf of themselves and the Settlement Class Members, (as defined in the Settlement Agreement), through undersigned Class Counsel, respectfully move this Court for final approval of the Settlement Agreement.

In support of this motion ("Motion"), Plaintiffs have submitted simultaneously herewith their Memorandum in support of this Motion.

WHEREFORE Plaintiffs respectfully move the Court, for good cause shown, to enter the attached Proposed Order.

Dated:  January 4, 2008

Respectfully submitted,

AMY WIGINTON, KRISTINE MORAN, NORMA PLANK FETHLER as Successor In Interest to Dondi Plank, ANDREA COREY and OLIVIA KNAPP, individually and on behalf of all persons similarly situated, Plaintiffs

By: /s/Kenneth A. Wexler
Kenneth A. Wexler
Jennifer Fountain Connolly
Amber M. Nesbitt
Wexler Toriseva Wallace LLP
55 W. Monroe Street, Suite 3300
Chicago, IL  60603
(312) 346-2222 – Telephone

Elizabeth A. Fegan
Hagens Berman Sobol Shapiro LLP
820 North Boulevard, Suite B
Oak Park, IL  60302
(708) 776-5600 – Telephone

Steve W. Berman
Nick Styant-Browne
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
(206) 623-7292 – Telephone

JoDee Favre
Favre Law Office, LLC
5005 W. Main Street
Belleville, IL  62226
(618) 257-8605 – Telephone

Daniel E. Gustafson
Karla M. Gluek
Renae Steiner
Gustafson Gluek PLLC
650 Northstar East
608 Second Avenue S.
Minneapolis, MN  55402
(612) 333-8844 – Telephone

## **CERTIFICATE OF SERVICE**

I, Kenneth A. Wexler, hereby certify that a copy of the foregoing *Plaintiffs' Motion for Final Approval of Settlement Agreement* was electronically filed on January 4, 2008. Those attorneys who are registered with the Electronic Filing System may access these filings through the Court's System, and notice of these filings will be sent to these parties by operation of the Court's Electronic Filing System.

/s/ Kenneth A. Wexler
Kenneth A. Wexler
Wexler Toriseva Wallace LLP
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
(312) 346-2222 – Telephone
(312) 346-0022 – Facsimile
kaw@wtwlaw.com